IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BERTLING SERVICES, §<br>    Plaintiff §<br> §<br>vs. §<br> §<br> §<br>MICHAEL D. BROWN and PHILLIP §<br>CHARLES BROWN, §<br>    Defendants § | CIVIL ACTION NO.: SA-11-CA-00359 OG |

### JOINT STIPULATION FOR DISMAISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff/Counter-Defendants BERTLING SERVICES and Defendants/Counter-Plaintiffs MICHAEL D. BROWN and PHILLIP CHARLES BROWN file this Stipulation for Dismissal With Prejudice regarding the above-referenced cause. In support thereof, the parties respectfully show the Court as follows:

The parties in this case have reached an agreement and settlement of all disputed claims, counter-claims, and causes of action asserted in the above-referenced cause, and the parties no longer wish to prosecute any claims, counter-claims, actions and/or causes of action in said cause.

WHEREFORE, Plaintiff/Counter-Defendant BERTLING SERVICES and Defendants/Counter-Plaintiffs MICHAEL D. BROWN and PHILLIP CHARLES BROWN jointly dismiss with Prejudice to the re-filing of same all claims, counter-claims, and causes of action and all claims for affirmative relief asserted against any party and/or parties in said cause, and taxing all cost against the party incurring same.

Respectfully submitted,

/s/ Adrian A. Spears II

Adrian A. Spears II
Texas Bar No. 24049318
900 N.E. Loop 410, Suite D-300
San Antonio, Texas 78209
Tel.: (210) 446-4500
Fax: (210)853-5774
adrian@aspearslaw.com
Attorney for Plaintiff

/s/ Glenn D. Levy

Glenn D. Levy
Texas Bar No. 12264925
906 Basse, Suite 100
San Antonio, Texas 78212
Tel.: (210) 822-5666
Fax: (210) 822-5650
gdlevy@gmail.com
Attorney for Defendant